No'

FILED
CLERK, U.S. DISTRICT COURT

OCT - 1 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 15-00709-JFW |
| Plaintiff, | ) ) | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 |
| v. | ) ) | U.S.C. . § 3143(a)] |
| ROY LAMONT PRETTYMAN, | ) ) | |
| Defendant. | ) ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California, for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Instant allegations, insufficient bail resources, appears to have absconded from supervision, prior failures to appear, violation history, substance abuse history.*

1    and

2    B.    ( X ) The defendant has not met his burden of establishing by clear and convincing

3          evidence that he is not likely to pose a danger to the safety of any other person or the

4          community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

5          *Instant allegations, criminal history, substance abuse history, violation history.*

6          IT THEREFORE IS ORDERED that the defendant be detained pending further

7    proceedings.

8

9    Dated:    10/1/2015

10

11                                              _____

12                                              DOUGLAS F. McCORMICK
                                                United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28